

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Mrs. Catherine Lyne Barnhill
County Attorney
Bee County
Beeville, Texas

Dear Mrs. Barnhill:

Opinion No. O-6027
Re:  Penalty for a viola-
tion of Article 666-4
(a) Vernon's Annotated
Penal Code

This will acknowledge receipt of your letter dated
May 15, 1944, which reads, in part, as follows:

"I should like to request a ruling on whether
violation of Article 666-4-(a) of the Penal Code
carries a penalty as provided for in Article 666-4-
(c) (3) of a fine not exceeding $50.00, or whether
the penalty for violation of Article 666-4-(a) is
covered by Article 666-41, providing for a $100.00
minimum fine for 'any person who violates any pro-
vision of this Act for which a specific penalty is
not provided.'"

Article 666-4, Vernon's Annotated Penal Code, pro-
vides as follows:

"(a)   It shall be unlawful for any person to
manufacture, distill, brew, sell, possess for the
purpose of sale, import into this state, export from
the state, transport, distribute, warehouse, store,
solicit orders for, take orders for, or for the pur-
pse of sale to bottle, rectify, blend, treat, for-
tify, mix, or process any liquor in any wet area
without first having procured a permit of the class
required for such privilege.  As amended Acts 1943,
48th Leg., p. 509, ch. 325, § 2.

"(c)   (1) It shall be unlawful for any person to consume any alcoholic beverage in any public place, or for any persnn to possess any alcoholic beverage in any public place for the purpose of consuming the same in such public place, at any time on Sunday between the hours of 1:15 a.m. and 1:00 o'clock p.m., and on all other days at any time between the hours of 12:15 am. and 7:00 o'clock a. m.

"(2) Any alcohilc beverage possessed in violation of this Section is declared to be an illicit beverage and may be seized without warrant to be used as evidence of a violation of law, and any person in possession thereof or who otherwise violates any provision of this Section may be arrested without warrant.

(3)  Any person who violates any provision of this section shall be guilty of a misdemeanor, and upon conviction, shall be punished by a fine not exceeding Fifty Dollars ($50). Added Acts 1943, 48th Leg., p. 339, ch. 221, § 1.

"(d)  Proof that an alcoholic beverage is possessed in violation of preceding Section 4 (c) shall require evidence that the defendant has, on the date of the offense charged, consumed an alcoholic beverage in violation of said Section. Added Acts 1943, 48th Leg., p. 339, ch. 221, § 1."

To clarify any seeming ambiguity, we refer to House Bill 8, Chapter 221, Acts 48th Legislature, which provides, in part, as follows:

"Section 1.   That Article 1, Chapter 467, Acts of the Second Called Session of the Forty-fourth Legislature, as amended by House Bill No. 8, Acts of the Third Called Session of the Forty-fourth Legislature, By House Bills Nos. 432 and 5, Acts of the Regular Session of the Forty-fifth Legislature by Senate Bill No. 20, Acts of the First Called Session of the Forty-fifth Legislature, and by House Bills Nos. 8 and 373, Acts of the Regular Session of the Forty-seventh Legislature, be amended by the addition of new Sections 4 (c) and 4 (d), to read as follows:

"Section 4 (c).
"(1)  It shall be unlawful for any person to
consume any alcoholic beverage in any public place,
or for any person to possess any alcoholic beverage
in any public place for the purpose of consuming the
same in such public place, at any time on Sunday
between the hours of 1:15 a.m. and 1:00 o'clock p.m.,
and on all other days at any time between the hours
of 12:15 a.m. and 7:00 o'clock a.m.

"(2)  Any alcoholic beverage possessed in viola-
tion of this Section is declared to be an illicit
beverage and may be seized without warrant to be used
as evidence of a violation of law, and any person in
possession thereof or who otherwise violates any pro-
vision of this Section may be arrested without warrant.

"(3)  Any person who violates any provision of
this Section shall be guilty of a misdemeanor, and
upon conviction, shall be punished by a fine not ex-
ceeding Fifty Dollars ($50)."  Emphasis ours.

It is our opinion that the Legislature intended Section
4 (c) (3), supra, as the penalty provision for a violation of Sec-
tion 4 (c), supra, and that alone.

It follows that we believe a violation of Article
666-4(a), supra, is punishable by Article 666-41, Vernon's Anno-
tated Penal Code, which provides as follows:

"Any person who violates any provision of this
Act for which a specific penalty is not provided shall
be deemed guilty of a misdemeanor and upon conviction
be punished by fine of not less than One Hundred ($100.00)
Dollars and not more than One Thousand ($1,000.00) Dollars,
or by imprisonment in the county jail for not more than
one year, or by both such fine and imprisonment.

"The term "specific penalty" as used in this Section
means and refers only to a penalty which might be imposed
as a result of a criminal prosecution.  As amended Acts
1943, 48th Leg., p. 509, ch. 325, 8  8."

Trusting this satisfactorily answers your inquiry,
I am

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY (s) Fred C. Chandler
                Assistant

By (s) Elton M. Hyder, Jr

EMH:rt
EMH:fo

APPROVED MAY 27, 1944

(s) Geo. P. Blackburn

(acting) ATTORNEY GENERAL
        OF TEXAS

APPROVED OPINION COMMITTEE
BY (S) OS. CHAIRMAN